UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

UNITED STATES OF AMERICA

         v.                                     18-CR-675 (CM)

**<u>ORDER</u>**

JOHN BIZZARRO,

                      Defendant.
---------------------------------------------------------X

McMahon, C.J.:

The Court will hold a telephone conference this Monday, April 13, 2020, at 10:30 a.m., on defendant's motion to be released from incarceration.

To join the conference, the parties are to dial in at: 888-363-4749; the Access Code is: 9054506. This is an open proceeding and the public (including defendant's family members) and press are welcomed to dial in, but must remain silent.

April 9, 2020

                                       Colleen McMahon
                                       Chief Judge